UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACKIE OSBORNE,

            Plaintiff,

-vs-                                               Case No. 6:13-cv-35-Orl-18GJK

ORANGE LAKE COUNTRY CLUB
FLORIDA, LLC,

            Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff has failed to file a second amended complaint and renew her motion to proceed *in forma pauperis* within the time ordered by the Court. Therefore, this case is dismissed without prejudice and the Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 23 day of April, 2013.

                                            G. KENDALL SHARP
                                            Senior United States District Judge

Copies to:

Counsel of Record